UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL MUNOZ, in his capacity as Rocky Mountain District Ranger for the Helena-Lewis and Clark National Forest, et al., <br><br> Defendants. | Case No. CV-21-46 -GF-BMM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment [23] is GRANTED.

Dated this 9th day of March, 2022.

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
M. Stewart, Deputy Clerk